FORM 9A. Notice of Related Case Information                              Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number**  23-1714

**Short Case Caption**  Palo Alto Research Center, LLC v. Facebook, Inc.

**Filing Party/Entity**  Palo Alto Research Center LLC

---

**Instructions:** Do not duplicate information.  The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  *See* Fed. Cir. R. 47.5(b).  Attach additional pages as needed.  This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case.  Fed. Cir. R. 47.5(b)(1).

---

Case No. 2:20-cv-10753 AB; Palo Alto Research Center Inc. v. Facebook Inc.; United States District Court, Central District of California, Western Division

Case No. 2:20-cv-10754-AB; Palo Alto Research Center Inc. v. Twitter, Inc.; United States District Court, Central District of California, Western Division

IPR2021-01398; Twitter, Inc. v. Palo Alto Research Center LLC; United States Patent and Trademark Office, Before the Patent Trial and Appeal Board

---

☐    Additional pages attached

**FORM 9A. Notice of Related Case Information**                         Form 9A (p. 2)
                                                                        **March 2023**

2.  **Names of all parties involved in the cases listed above.**  Do not duplicate
    the names of parties.  Do not relist the case information.  Fed. Cir. R.
    47.5(b)(2)(A).

Palo Alto Research Center LLC (formerly Palo Alto Research Center Inc.)
Facebook Inc.
Twitter Inc.

☐    Additional pages attached

3.  **Names of all law firms, partners, and associates in the cases listed above.**
    Do not duplicate the names of law firms, partners, and associates.    Do not relist
    case information and party names.  Fed. Cir. R. 47.5(b)(2)(B).

David Sochia, Alexandra Easley, James E. Quigley, Alan P. Block, McKOOL SMITH
PC

Heidi L. Keefe, Mark R. Weinstein, Lowell D. Mead, Emily E. Terrell, COOLEY LLP

Ekwan E. Rhow, Grace Kang, BIRD, MARELLA, BOXER, WOLPERT, DROOKS,
LINCENBERG & RHOW, PC

Nicholas Groombridge, Jenny Wu, J. Steven Baughman, Michael Milea, Megan ⊞

☐    Additional pages attached

I certify the following information and any attached sheets are accurate and complete
to the best of my knowledge.

Date: 04/19/2023

Signature:   /s/ James E. Quigley

Name:      James E. Quigley