**FORM 9A. Notice of Related Case Information**  Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-1714

**Short Case Caption** Palo Alto Research Center, LLC v. Facebook, Inc.

**Filing Party/Entity** Facebook, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Palo Alto Research Center Inc. v. Facebook, Inc., Case No. 2:20-cv-10753 AB (C.D. Cal)

Palo Alto Research Center Inc. v. Twitter Inc., Case No. 2:20-cv-10754 (C.D. Cal).

Twitter, Inc. v. Palo Alto Research Center LLC, IPR2021-01398 (P.T.A.B)

☐   Additional pages attached

FORM 9A. Notice of Related Case Information    Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---

Facebook, Inc. (n/k/a Meta, Inc.)

Palo Alto Research Center LLC (f/k/a Palo Alto Research Center Inc.)

Twitter, Inc.

---

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---

MCKOOL SMITH P.C.: Alan P. Block; David Sochia; James E. Quigley; Alexandra F. Easley
BIRD MARELLA BOXER WOLPERT NESSIM DROKS LINCENBERG & RHOW: Ekwan E. Rhow; Grace W. Kang
GROOMBRIDGE WU BAUGHMAN AND STONE LLP: Jon S. Baughman; Nicholas P. Groombridge; Megan F. Raymond; Jenny C. Wu
WILMER CUTER PICKERING HALL AND DORR LLP: Mitchell S. Toledo; Joseph Taylor Gooch; Sonal Naresh Mehta

---

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/21/2023        Signature: /s/ Heidi L. Keefe

Name: Heidi L. Keefe