**FORM 9A. Notice of Related Case Information**                                    Form 9A (p. 1)
                                                                                    March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-1714

**Short Case Caption** Xerox Corporation v. Meta Platforms, Inc.

**Filing Party/Entity** Xerox Corporation

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Case No. 2:20-cv-10753 AB; Palo Alto Research Center Inc. v. Facebook, Inc.; United States District Court, Central District of California, Western Division

Case No. 2:20-cv-10754-AB; Palo Alto Research Center Inc. v. Twitter, Inc.; United States District Court, Central District of California, Western Division

IPR2021-01398; Twitter, Inc. v. Palo Alto Research Center LLC; United States Patent and Trademark Office, Before the Patent Trial and Appeal Board

Case No. 23-1913; Xerox Corp. v. X Corp.; United States Court of Appeals for the Federal Circuit

☐   Additional pages attached

FORM 9A. Notice of Related Case Information Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Xerox Corporation
> Palo Alto Research Center LLC
> Palo Alto Research Center Inc.
> Meta Platforms, Inc.
> Facebook, Inc.
> X Corp.
> Twitter, Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> David Sochia, Alexandra Easley, James Quigley, Alan Block, McKOOL SMITH PC
>
> Heidi L. Keefe, Mark R. Weinstein, Lowell D. Mead, Emily E. Terrell, COOLEY LLP
>
> Ekwan E. Rhow, Grace Kang, BIRD, MARELLA, BOXER, WOLPERT, DROOKS, LINCENBERG & RHOW, PC
>
> Nicholas Groombridge, Jenny Wu, J. Steven Baughman, Michael Milea, Megan Raymond, GROOMBRIDGE, WU, BAUGHMAN & STONE LLP

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/22/2023   Signature: /s/ Joel L. Thollander

Name: Joel L. Thollander