NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XEROX CORPORATION,**
*Appellant*

v.

**META PLATFORMS, INC., f/k/a FACEBOOK, INC.,**
*Appellee*

---

2023-1714

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01264.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to (1) substitute Xerox Corporation as the appellant; and (2) reflect Facebook, Inc.'s name change to Meta Platforms, Inc.

Upon consideration thereof,

It Is Ordered That:

(1) The motion is granted. The revised official and short caption are reflected in this order. Counsel for Xerox

Corporation is directed to submit an entry of appearance and certificate of interest within seven days of the date of filing of this order.

    (2) Xerox Corporation's opening brief is due within 60 days of the date of filing of this order.

FOR THE COURT

June 16, 2023       /s/ Jarrett B. Perlow
    Date                 Jarrett B. Perlow
                            Acting Clerk of Court